IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

DUSTIN WATSON

    Plaintiff,

vs.

SHELTER MUTUAL INSURANCE COMPANY, A Foreign For Profit Insurance Corporation,

    Defendant.

Case No. CIV-14-887-R

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Dustin Watson, by and through Michael D. McGrew, attorney of record, of the firm Michael D. McGrew & Associates, P.C., joining with Defendant, Shelter Mutual Insurance Company, by and through R. Ryan Deligans, attorney of record, of the firm Durbin, Larimore & Bialick, and stipulate and agree that the above-captioned matter be dismissed with prejudice against the filing of a future action thereon, for the reason that the parties have entered into a compromise settlement. The parties therefore submit that this matter is concluded, pursuant to Rule 41(a)(1)(A)(ii), and respectfully request this Court to enter an administrative closing order as necessary.

s/Michael D. McGrew
Michael D. McGrew, OBA# 013167
Matthew M. McGrew, OBA# 32065
Michael D. McGrew & Associates, PC
400 N. Walker, Suite 115
Oklahoma City, OK 73102
(405) 235-9909 Telephone
(405) 235-9929 Facsimile
mcgrewslaw@yahoo.com
Attorneys for the Plaintiff

s/ R. Ryan Deligans
R. Ryan Deligans, OBA No. 19793
Andrew M. Gunn, OBA No. 19470
Durbin, Larimore & Bialick
920 North Harvey
Oklahoma City, OK 73102-2610
Telephone: (405) 235-9584
Facsimile: (405) 235-0551
E-Mail: dlb@dlb.net
Attorneys for Defendant